# EXHIBIT B

Charted Claims:

Method Claims: 1

Non-Method Claims:

| US6819539 | HTC U11 ("The Accused Product") |
| --- | --- |
| 1. A method for circuit recovery from overstress conditions, comprising the steps of: | The accused product discloses a method for circuit recovery from overstress conditions (e.g., deviation of voltage from its normal values).<br><br>As shown below, the HTC U11 utilizes a Qualcomm Snapdragon 835 processor.<br><br> |

https://web.archive.org/web/20180226131131/http://www.htc.com/us/smartphones/htc-u11/buy#!carrier=unlocked&color=red

**CPU Speed**
Qualcomm ™ Snapdragon ™ 835, 64 bit octa-core, up to 2.45 Ghz

**SIM Card Type**
Nano SIM

**Memory** [3]
ROM: 64GB , RAM: 4GB
ROM: 128GB , RAM: 6GB
Extended memory: microSD ™
Flex Storage supported

**Battery and Charging Speed** [4]
Capacity: 3000 mAh
Talk time on 3G/4G network: up to 24.5 Hours
Standby time on 3G/4G network: up to 14 Days
Power saving mode
Extreme power saving mode
Quick Charge 3.0

https://www.htc.com/us/smartphones/htc-u11/

| NETWORK | Technology | GSM / HSPA / LTE |
|---|---|---|
| LAUNCH | Announced | 2017, May 16 |
| | Status | Available. Released 2017, June 10 |
| BODY | Dimensions | 153.9 x 75.9 x 7.9 mm (6.06 x 2.99 x 0.31 in) |
| | Weight | 169 g (5.96 oz) |
| | Build | Glass front (Gorilla Glass 5), glass back, aluminum frame |
| | SIM | Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) |
| | | IP67 dust/water resistant (up to 1m for 30 mins) |
| DISPLAY | Type | Super LCD5 |
| | Size | 5.5 inches, 83.4 cm$^2$ (~71.4% screen-to-body ratio) |
| | Resolution | 1440 x 2560 pixels, 16:9 ratio (~534 ppi density) |
| | Protection | Corning Gorilla Glass 5 |
| PLATFORM | OS | Android 7.1 (Nougat), upgradable to Android 9.0 (Pie), Sense UI |
| | Chipset | Qualcomm MSM8998 Snapdragon 835 (10 nm) |
| | CPU | Octa-core (4x2.45 GHz Kryo & 4x1.9 GHz Kryo) |
| | GPU | Adreno 540 |

https://www.gsmarena.com/htc_u11-8630.php

As shown below, the Snapdragon 835 includes a battery monitoring circuit that generates a signal based upon the occurrence of a certain condition (in this case voltage variances for normal values).

 Snapdragon 835 Mobile Platform

https://www.qualcomm.com/products/snapdragon-835-mobile-platform

**Snapdragon 835 mobile platform advancements:**

+ Snapdragon X16 LTE modem: mobile connectivity with LTE download speeds up to 1 Gbps, multi-gigabit 802.11ad, and integrated 2x2 802.11ac Wi-Fi with MU-MIMO

+ Qualcomm® Quick Charge™ 4 technology: 20% faster, 30% more efficient than our previous generation, charge from zero to up to 50% in 15 minutes²

+ Qualcomm® Adreno™ 540 GPU with visual processing subsystem: Advanced 3-D graphics rendering and up to 60X more colors help deliver life-like visuals for immersive experiences¹

+ Qualcomm Spectra™ 180 Camera ISP: Dual 14-bit ISPs support up to 32MP single or dual 16MP cameras for the ultimate photography and videography experience

+ Qualcomm® Hexagon™ 682 DSP: Support for latest Machine Learning frameworks and image processing. Includes Hexagon Vector eXtensions and Qualcomm All-Ways Aware™ technology utilizing connectivity and sensors

https://www.qualcomm.com/media/documents/files/snapdragon-835-mobile-platform-product-brief.pdf

```
5006.          qcom,bcl {
5007.              compatible = "qcom,bcl";
5008.              qcom,bcl-enable;
5009.              qcom,bcl-framework-interface;
5010.              qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.              qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.              qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.              qcom,ibat-monitor {
5015.                  qcom,low-threshold-uamp = <0x33e140>;
5016.                  qcom,high-threshold-uamp = <0x401640>;
5017.                  qcom,mitigation-freq-khz = <0x8ca00>;
5018.                  qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                  qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                  qcom,soc-low-threshold = <0xa>;
5021.                  qcom,thermal-handle = <0xa0>;
5022.              };
5023.          };
```

https://pastebin.com/U0i7nP4P

| | |
|---|---|
| | ```
564    bcl->btm_vph_adc_param.btm_ctx = bcl;
565    bcl->btm_vph_adc_param.threshold_notification = bcl_vph_notification;
566    bcl->btm_vph_adc_param.channel = bcl->btm_vph_chan;
```
**Reports a voltage value**
```
1381   bcl->btm_ibat_adc_param.btm_ctx = bcl;
1382   bcl->btm_ibat_adc_param.threshold_notification = bcl_ibat_notification;
1383   bcl->btm_ibat_adc_param.channel = bcl->btm_ibat_chan;
```
**Reports a current value**
```
536    static void bcl_ibat_notification(enum qpnp_tm_state state, void *ctx);
537    static void bcl_vph_notification(enum qpnp_tm_state state, void *ctx);
```
https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c
```
707    enum qpnp_tm_state {
708        ADC_TM_HIGH_STATE = 0,
709        ADC_TM_COOL_STATE = ADC_TM_HIGH_STATE,
710        ADC_TM_LOW_STATE,
711        ADC_TM_WARM_STATE = ADC_TM_LOW_STATE,
712        ADC_TM_STATE_NUM,
713    };
```
https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-asus-3.10-nougat-mr1-wear-release/include/linux/qpnp/qpnp-adc.h |
| (A) detecting an event; | The accused product discloses detecting an event (e.g., detecting if state is high or low). |

```
213   #ifdef CONFIG_SMP
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216           int ret = 0, _cpu = 0;
217
218           mutex_lock(&bcl_hotplug_mutex);
219           if (cpumask_empty(bcl_cpu_online_mask))
220                   bcl_update_online_mask();
221
222           if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                   || bcl_vph_state == BCL_LOW_THRESHOLD)
224                   bcl_hotplug_request = bcl_soc_hotplug_mask;
225           else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                   bcl_hotplug_request = bcl_hotplug_mask;
227           else
228                   bcl_hotplug_request = 0;
229
230           for_each_possible_cpu(_cpu) {
231                   if ((!(bcl_hotplug_mask & BIT(_cpu))
232                           && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                           || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                           continue;
235
236                   if (bcl_hotplug_request & BIT(_cpu)) {
237                           if (!cpu_online(_cpu))
238                                   continue;
239                           ret = cpu_down(_cpu);
240                           if (ret)
```

**Event condition is a first predetermined type**

**Reset**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216           int ret = 0, _cpu = 0;
217
218           mutex_lock(&bcl_hotplug_mutex);
219           if (cpumask_empty(bcl_cpu_online_mask))
220                   bcl_update_online_mask();
221
222           if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                   || bcl_vph_state == BCL_LOW_THRESHOLD)
224                   bcl_hotplug_request = bcl_soc_hotplug_mask;
225           else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                   bcl_hotplug_request = bcl_hotplug_mask;
227           else
228                   bcl_hotplug_request = 0;
229
230           for_each_possible_cpu(_cpu) {
231                   if ((!(bcl_hotplug_mask & BIT(_cpu))
232                           && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                           || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                           continue;
235
236                   if (bcl_hotplug_request & BIT(_cpu)) {
237                           if (!cpu_online(_cpu))
238                                   continue;
239                           ret = cpu_down(_cpu);
240                           if (ret)
241                                   pr_err("Error %d offlining core %d\n",
242                                           ret, _cpu);
243                           else
244                                   pr_debug("Set Offline CPU:%d\n", _cpu);
245                   } else {
246                           if (cpu_online(_cpu))
247                                   continue;
248                           ret = cpu_up(_cpu);
249                           if (ret)
```

**Event condition is a second predetermined type** (annotation pointing to lines 227–228)

**Event condition is a second predetermined type** (annotation pointing to line 245)

**Recover** (annotation pointing to line 248)

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

As shown below, the Snapdragon 835 includes a battery monitoring circuit that generates a signal based upon the occurrence of a certain condition (in this case voltage variances from normal values).

 Snapdragon 835 Mobile Platform

https://www.qualcomm.com/products/snapdragon-835-mobile-platform

**Snapdragon 835 mobile platform advancements:**

+ Snapdragon X16 LTE modem: mobile connectivity with LTE download speeds up to 1 Gbps, multi-gigabit 802.11ad, and integrated 2x2 802.11ac Wi-Fi with MU-MIMO

+ Qualcomm® Quick Charge™ 4 technology: 20% faster, 30% more efficient than our previous generation, charge from zero to up to 50% in 15 minutes²

+ Qualcomm® Adreno™ 540 GPU with visual processing subsystem: Advanced 3-D graphics rendering and up to 60X more colors help deliver life-like visuals for immersive experiences¹

+ Qualcomm Spectra™ 180 Camera ISP: Dual 14-bit ISPs support up to 32MP single or dual 16MP cameras for the ultimate photography and videography experience

+ Qualcomm® Hexagon™ 682 DSP: Support for latest Machine Learning frameworks and image processing. Includes Hexagon Vector eXtensions and Qualcomm All-Ways Aware™ technology utilizing connectivity and sensors

https://www.qualcomm.com/media/documents/files/snapdragon-835-mobile-platform-product-brief.pdf

```
5006.        qcom,bcl {
5007.            compatible = "qcom,bcl";
5008.            qcom,bcl-enable;
5009.            qcom,bcl-framework-interface;
5010.            qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.            qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.            qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.            qcom,ibat-monitor {
5015.                qcom,low-threshold-uamp = <0x33e140>;
5016.                qcom,high-threshold-uamp = <0x401640>;
5017.                qcom,mitigation-freq-khz = <0x8ca00>;
5018.                qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                qcom,soc-low-threshold = <0xa>;
5021.                qcom,thermal-handle = <0xa0>;
5022.            };
5023.        };
```

https://pastebin.com/U0i7nP4P

```
564         bcl->btm_vph_adc_param.btm_ctx = bcl;
565         bcl->btm_vph_adc_param.threshold_notification = bcl_vph_notification;
566         bcl->btm_vph_adc_param.channel = bcl->btm_vph_chan;
```

**Reports a volatage value**

```
1381        bcl->btm_ibat_adc_param.btm_ctx = bcl;
1382        bcl->btm_ibat_adc_param.threshold_notification = bcl_ibat_notification;
1383        bcl->btm_ibat_adc_param.channel = bcl->btm_ibat_chan;
```

**Reports a current value**

```
536    static void bcl_ibat_notification(enum qpnp_tm_state state, void *ctx);
537    static void bcl_vph_notification(enum qpnp_tm_state state, void *ctx);
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
707    enum qpnp_tm_state {
708            ADC_TM_HIGH_STATE = 0,
709            ADC_TM_COOL_STATE = ADC_TM_HIGH_STATE,
710            ADC_TM_LOW_STATE,
711            ADC_TM_WARM_STATE = ADC_TM_LOW_STATE,
712            ADC_TM_STATE_NUM,
713    };
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-asus-3.10-nougat-mr1-wear-release/include/linux/qpnp/qpnp-adc.h

| | |
|---|---|
| (B) storing said event; | The accused product discloses storing (e.g., storing in L2 cache) said event (e.g., if state is high or low). |
| | As shown below, the Snapdragon 835 includes an L2 cache that stores voltage variance events. |



https://www.androidauthority.com/qualcomm-details-snapdragon-835-735688/

```
213  #ifdef CONFIG_SMP
214  static void __ref bcl_handle_hotplug(struct work_struct *work)
215  {
216          int ret = 0, _cpu = 0;
217
218          mutex_lock(&bcl_hotplug_mutex);
219          if (cpumask_empty(bcl_cpu_online_mask))
220                  bcl_update_online_mask();
221
222          if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                  || bcl_vph_state == BCL_LOW_THRESHOLD)
224                  bcl_hotplug_request = bcl_soc_hotplug_mask;
225          else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                  bcl_hotplug_request = bcl_hotplug_mask;
227          else
228                  bcl_hotplug_request = 0;
229
230          for_each_possible_cpu(_cpu) {
231                  if ((!(bcl_hotplug_mask & BIT(_cpu))
232                          && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                          || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                          continue;
235
236                  if (bcl_hotplug_request & BIT(_cpu)) {
237                          if (!cpu_online(_cpu))
238                                  continue;
239                          ret = cpu_down(_cpu);
240                          if (ret)
```

**Event condition is a first predetermined type**

**Reset**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216        int ret = 0, _cpu = 0;
217
218        mutex_lock(&bcl_hotplug_mutex);
219        if (cpumask_empty(bcl_cpu_online_mask))
220            bcl_update_online_mask();
221
222        if (bcl_soc_state == BCL_LOW_THRESHOLD
223            || bcl_vph_state == BCL_LOW_THRESHOLD)
224            bcl_hotplug_request = bcl_soc_hotplug_mask;
225        else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226            bcl_hotplug_request = bcl_hotplug_mask;
227        else
228            bcl_hotplug_request = 0;
229
230        for_each_possible_cpu(_cpu) {
231            if ((!(bcl_hotplug_mask & BIT(_cpu))
232                && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                continue;
235
236            if (bcl_hotplug_request & BIT(_cpu)) {
237                if (!cpu_online(_cpu))
238                    continue;
239                ret = cpu_down(_cpu);
240                if (ret)
241                    pr_err("Error %d offlining core %d\n",
242                            ret, _cpu);
243                else
244                    pr_debug("Set Offline CPU:%d\n", _cpu);
245            } else {
246                if (cpu_online(_cpu))
247                    continue;
248                ret = cpu_up(_cpu);
249                if (ret)
```

**Event condition is a second predetermined type**

**Event condition is a second predetermined type**

**Recover**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

| (C) comparing said stored event to a plurality of event types stored in a table to determine if said event is a first predetermined type or a second predetermined type; and | The accused product discloses comparing said stored event to a plurality of event types (e.g., the comparison of collected values with stored thresholds) stored in a table (e.g., a table containing various thresholds) to determine if said event is a first predetermined type (e.g., when bcl_soc_state == BCL_LOW_THRESHOLD OR bcl_vph_state == BCL_LOW_THRESHOLD) or a second predetermined type (e.g., when bcl_soc_state is not equal to BCL_LOW_THRESHOLD, bcl_vph_state is not equal to BCL_LOW_THRESHOLD and bcl_ibat_state is not equal to BCL_HIGH_THRESHOLD). |
|---|---|
| | <pre>4    Resource Power Manager (RPM)<br>5<br>6    RPM is a dedicated hardware engine for managing shared SoC resources,<br>7    which includes buses, clocks, power rails, etc.  The goal of RPM is<br>8    to achieve the maximum power savings while satisfying the SoC's<br>9    operational and performance requirements.  RPM accepts resource<br>10   requests from multiple RPM masters.  It arbitrates and aggregates the<br>11   requests, and configures the shared resources.  The RPM masters are<br>12   the application processor, the modem processor, as well as some<br>13   hardware accelerators.</pre> https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/Documentation/arm/msm/rpm.txt |



https://www.slideshare.net/linaroorg/lcu14-210-qualcomm-snapdragon-power-management-unique-challenges-for-power-frameworks

```
213    #ifdef CONFIG_SMP
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216            int ret = 0, _cpu = 0;
217
218            mutex_lock(&bcl_hotplug_mutex);
219            if (cpumask_empty(bcl_cpu_online_mask))
220                    bcl_update_online_mask();
221
222            if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                    || bcl_vph_state == BCL_LOW_THRESHOLD)
224                    bcl_hotplug_request = bcl_soc_hotplug_mask;
225            else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                    bcl_hotplug_request = bcl_hotplug_mask;
227            else
228                    bcl_hotplug_request = 0;
229
230            for_each_possible_cpu(_cpu) {
231                    if ((!(bcl_hotplug_mask & BIT(_cpu))
232                            && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                            || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                            continue;
235
236                    if (bcl_hotplug_request & BIT(_cpu)) {
237                            if (!cpu_online(_cpu))
238                                    continue;
239                            ret = cpu_down(_cpu);
240                            if (ret)
```

**Event condition is a first predetermined type**

**Reset**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216           int ret = 0, _cpu = 0;
217
218           mutex_lock(&bcl_hotplug_mutex);
219           if (cpumask_empty(bcl_cpu_online_mask))
220                   bcl_update_online_mask();
221
222           if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                   || bcl_vph_state == BCL_LOW_THRESHOLD)
224                   bcl_hotplug_request = bcl_soc_hotplug_mask;
225           else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                   bcl_hotplug_request = bcl_hotplug_mask;
227           else
228                   bcl_hotplug_request = 0;
229
230           for_each_possible_cpu(_cpu) {
231                   if ((!(bcl_hotplug_mask & BIT(_cpu))
232                           && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                           || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                           continue;
235
236                   if (bcl_hotplug_request & BIT(_cpu)) {
237                           if (!cpu_online(_cpu))
238                                   continue;
239                           ret = cpu_down(_cpu);
240                           if (ret)
241                                   pr_err("Error %d offlining core %d\n",
242                                           ret, _cpu);
243                           else
244                                   pr_debug("Set Offline CPU:%d\n", _cpu);
245                   } else {
246                           if (cpu_online(_cpu))
247                                   continue;
248                           ret = cpu_up(_cpu);
249                           if (ret)
```

**Event condition is a second predetermined type**

**Event condition is a second predetermined type**

**Recover**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
5014.                    qcom,ibat-monitor {
5015.                          qcom,low-threshold-uamp = <0x33e140>;
5016.                          qcom,high-threshold-uamp = <0x401640>;
5017.                          qcom,mitigation-freq-khz = <0x8ca00>;
5018.                          qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                          qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                          qcom,soc-low-threshold = <0xa>;
5021.                          qcom,thermal-handle = <0xa0>;
5022.                    };
5023.              };
```

https://pastebin.com/U0i7nP4P

Threshold Values from the table (dtsi) are imported into the battery_current_limit module thru a record data type (bcl).

```
1519
1520        BCL_FETCH_DT_U32(ibat_node, key, "qcom,low-threshold-uamp", ret,
1521            bcl->ibat_low_thresh.trip_value, ibat_probe_exit);
1522        BCL_FETCH_DT_U32(ibat_node, key, "qcom,high-threshold-uamp", ret,
1523            bcl->ibat_high_thresh.trip_value, ibat_probe_exit);
1524        BCL_FETCH_DT_U32(ibat_node, key, "qcom,mitigation-freq-khz", ret,
1525            bcl->bcl_p_freq_max, ibat_probe_exit);
1526        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-high-threshold-uv", ret,
1527            bcl->vbat_high_thresh.trip_value, ibat_probe_exit);
1528        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-low-threshold-uv", ret,
1529            bcl->vbat_low_thresh.trip_value, ibat_probe_exit);
1530        BCL_FETCH_DT_U32(ibat_node, key, "qcom,soc-low-threshold", ret,
1531            soc_low_threshold, ibat_probe_exit);
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

The values of the table are now inside the record, bcl. The State of Charge low threshold is saved in a variable soc_low_threshold.

```
174            /* BCL Peripheral monitor parameters */
175        struct bcl_threshold ibat_high_thresh;
176        struct bcl_threshold ibat_low_thresh;
177        struct bcl_threshold vbat_high_thresh;
178        struct bcl_threshold vbat_low_thresh;
179        uint32_t bcl_p_freq_max;
180    };
```

**Different possible event types**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-
nougat/drivers/power/battery_current_limit.c

```
17   #define BCL_NAME_MAX_LEN 20
18
19   enum bcl_trip_type {
20           BCL_HIGH_TRIP,
21           BCL_LOW_TRIP,
22           BCL_TRIP_MAX,
23   };
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-
nougat/include/linux/msm_bcl.h

```
31   struct bcl_threshold {
32           int                 trip_value;
33           enum bcl_trip_type  type;
34           void                *trip_data;
35           void (*trip_notify) (enum bcl_trip_type, int, void *);
36   };
```

```
214  static void __ref bcl_handle_hotplug(struct work_struct *work)
215  {
216      int ret = 0, _cpu = 0;
217
218      mutex_lock(&bcl_hotplug_mutex);
219      if (cpumask_empty(bcl_cpu_online_mask))
220          bcl_update_online_mask();
221
222      if (bcl_soc_state == BCL_LOW_THRESHOLD
223          || bcl_vph_state == BCL_LOW_THRESHOLD)
224          bcl_hotplug_request = bcl_soc_hotplug_mask;
225      else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226          bcl_hotplug_request = bcl_hotplug_mask;
227      else
228          bcl_hotplug_request = 0;
229
230      for_each_possible_cpu(_cpu) {
231          if ((!(bcl_hotplug_mask & BIT(_cpu))
232              && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233              || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234              continue;
235
236          if (bcl_hotplug_request & BIT(_cpu)) {
237              if (!cpu_online(_cpu))
238                  continue;
239              ret = cpu_down(_cpu);
```

**First event** (lines 222–224)

**Second event** (line 227)

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

The new values of bcl_vph_state and bcl_ibat_state are compared against the threshold values from the table.

| (D) resetting a device when said event is a said first predetermined type and providing recovery when said event is a said second predetermined type. | The accused product discloses resetting (e.g., cpu_down) a device when said event is a said first predetermined type (e.g., when bcl_soc_state == BCL_LOW_THRESHOLD OR bcl_vph_state == BCL_LOW_THRESHOLD) and providing recovery (e.g., cpu_up) when said event is a said second predetermined type (e.g., when bcl_soc_state is not equal to BCL_LOW_THRESHOLD, bcl_vph_state is not equal to BCL_LOW_THRESHOLD and bcl_ibat_state is not equal to BCL_HIGH_THRESHOLD). |
|---|---|

```
 4   Resource Power Manager (RPM)
 5
 6   RPM is a dedicated hardware engine for managing shared SoC resources,
 7   which includes buses, clocks, power rails, etc.  The goal of RPM is
 8   to achieve the maximum power savings while satisfying the SoC's
 9   operational and performance requirements.  RPM accepts resource
10   requests from multiple RPM masters.  It arbitrates and aggregates the
11   requests, and configures the shared resources.  The RPM masters are
12   the application processor, the modem processor, as well as some
13   hardware accelerators.
```

https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/Documentation/arm/msm/rpm.txt



https://www.slideshare.net/linaroorg/lcu14-210-qualcomm-snapdragon-power-management-unique-challenges-for-power-frameworks

```
213    #ifdef CONFIG_SMP
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216        int ret = 0, _cpu = 0;
217
218        mutex_lock(&bcl_hotplug_mutex);
219        if (cpumask_empty(bcl_cpu_online_mask))
220            bcl_update_online_mask();
221
222        if (bcl_soc_state == BCL_LOW_THRESHOLD
223            || bcl_vph_state == BCL_LOW_THRESHOLD)
224            bcl_hotplug_request = bcl_soc_hotplug_mask;
225        else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226            bcl_hotplug_request = bcl_hotplug_mask;
227        else
228            bcl_hotplug_request = 0;
229
230        for_each_possible_cpu(_cpu) {
231            if ((!(bcl_hotplug_mask & BIT(_cpu))
232                && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                continue;
235
236            if (bcl_hotplug_request & BIT(_cpu)) {
237                if (!cpu_online(_cpu))
238                    continue;
239                ret = cpu_down(_cpu);
240                if (ret)
```

**Event condition is a first predetermined type**

**Reset**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216       int ret = 0, _cpu = 0;
217
218       mutex_lock(&bcl_hotplug_mutex);
219       if (cpumask_empty(bcl_cpu_online_mask))
220           bcl_update_online_mask();
221
222       if  (bcl_soc_state == BCL_LOW_THRESHOLD
223           || bcl_vph_state == BCL_LOW_THRESHOLD)
224           bcl_hotplug_request = bcl_soc_hotplug_mask;
225       else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226           bcl_hotplug_request = bcl_hotplug_mask;
227       else
228           bcl_hotplug_request = 0;
229
230       for_each_possible_cpu(_cpu) {
231           if ((!(bcl_hotplug_mask & BIT(_cpu))
232               && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233               || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234               continue;
235
236           if (bcl_hotplug_request & BIT(_cpu)) {
237               if (!cpu_online(_cpu))
238                   continue;
239               ret = cpu_down(_cpu);
240               if (ret)
241                   pr_err("Error %d offlining core %d\n",
242                           ret, _cpu);
243               else
244                   pr_debug("Set Offline CPU:%d\n", _cpu);
245           } else {
246               if (cpu_online(_cpu))
247                   continue;
248               ret = cpu_up(_cpu);
249               if (ret)
```

**Event condition is a second predetermined type**

**Event condition is a second predetermined type**

**Recover**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

```
174            /* BCL Peripheral monitor parameters */
175     struct bcl_threshold ibat_high_thresh;
176     struct bcl_threshold ibat_low_thresh;
177     struct bcl_threshold vbat_high_thresh;
178     struct bcl_threshold vbat_low_thresh;
179     uint32_t bcl_p_freq_max;
180  };
```

**Different possible event types**

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-
nougat/drivers/power/battery_current_limit.c

```
17   #define BCL_NAME_MAX_LEN 20
18
19   enum bcl_trip_type {
20           BCL_HIGH_TRIP,
21           BCL_LOW_TRIP,
22           BCL_TRIP_MAX,
23   };
```

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-
nougat/include/linux/msm_bcl.h

```
31   struct bcl_threshold {
32           int                   trip_value;
33           enum bcl_trip_type    type;
34           void                  *trip_data;
35           void (*trip_notify)   (enum bcl_trip_type, int, void *);
36   };
```

```
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216            int ret = 0, _cpu = 0;
217
218            mutex_lock(&bcl_hotplug_mutex);
219            if (cpumask_empty(bcl_cpu_online_mask))
220                    bcl_update_online_mask();
221
222            if (bcl_soc_state == BCL_LOW_THRESHOLD
223                    || bcl_vph_state == BCL_LOW_THRESHOLD)
224                    bcl_hotplug_request = bcl_soc_hotplug_mask;
225            else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                    bcl_hotplug_request = bcl_hotplug_mask;
227            else
228                    bcl_hotplug_request = 0;
229
230            for_each_possible_cpu(_cpu) {
231                    if ((!(bcl_hotplug_mask & BIT(_cpu))
232                            && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                            || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                            continue;
235
236                    if (bcl_hotplug_request & BIT(_cpu)) {
237                            if (!cpu_online(_cpu))
238                                    continue;
239                            ret = cpu_down(_cpu);
```

**First event** (lines 222–224)

**Second event** (line 227)

https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c